IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CITY CLUB APARTMENTS, LLC, | § | |
| | § | No. 358, 2019 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No: N19C-01-0166 |
| PHILLIPS, GOLDMAN, | § | |
| MCLAUGHLIN & HALL, P.A. | § | |
| | § | |
| Plaintiffs Below, | § | |
| Appellee. | | |

Submitted: February 5, 2020
Decided:   February 11, 2020

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

**O R D E R**

This 11th day of February, 2020, after careful consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its July 16, 2019 Memorandum Order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice